UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 14-118 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| AARON SLOAN, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:      Assaulting, Resisting or Impeding Certain Officers or Employees in violation of Title 18, U.S.C. § 111(a)(1)

<u>Date of Detention Hearing</u>:    March 20 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

01          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02          1.      Defendant is charged by Complaint with assaulting a federal officer of the

03    Bureau of Prisons in the performance of his official duties. Defendant had been arrested in

04    December 2013 for refusing to leave the office of his federal probation officer.  He was

05    subsequently charged with violation of supervised release and sentenced on March 7, 2014 to

06    time served.   While awaiting release to a half way house, defendant allegedly assaulting the

07    above-referenced officer of the BOP at the Federal Detention Center in Seatac, Washington .

08          2.      Defendant has a lengthy criminal record, with numerous violations of

09    supervision resulting in sanctions.   He has a history of mental health issues includes

10    schizophrenia.   He does not contest detention.

11          3.      Defendant poses a risk of nonappearance due to a history of mental health

12    issues, history of substance abuse, and a history of employment.   He poses a risk of danger due

13    to the nature of the charges, criminal history, and refusal to take prescribed mental health

14    medication.

15          4.      There does not appear to be any condition or combination of conditions that will

16    reasonably assure the defendant's appearance at future Court hearings while addressing the

17    danger to other persons or the community.

18    It is therefore ORDERED:

19          1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

20              General for confinement in a correction facility separate, to the extent practicable, from

21              persons awaiting or serving sentences or being held in custody pending appeal;

22          2.  Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2

01    counsel;

02    3.    On order of the United States or on request of an attorney for the Government, the

03          person in charge of the corrections facility in which defendant is confined shall deliver

04          the defendant to a United States Marshal for the purpose of an appearance in connection

05          with a court proceeding; and

06    4.    The Clerk shall direct copies of this Order to counsel for the United States, to counsel

07          for the defendant, to the United States Marshal, and to the United State Pretrial Services

08          Officer.

09    DATED this <u>20th</u> day of March, 2014.

10

11    _____
      Mary Alice Theiler

12    Chief United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3